# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH
## NO. 02-13-00377-CR


JUAN COLUMBUS MILES, JR.                                    APPELLANT

V.

THE STATE OF TEXAS                                               STATE

----------

### FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1249446D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Juan Columbus Miles, Jr. entered a plea of guilty on May 29, 2012, to assault on a family member with a prior conviction. The trial court placed Miles on deferred adjudication community supervision for five years. Later, on July 8, 2013, the State petitioned the trial court to proceed to adjudication. At the revocation hearing, Miles entered open pleas of true to four

---

[1]*See* Tex. R. App. P. 47.4.

of the State's allegations. After hearing Miles's testimony, the trial court adjudicated Miles guilty of assault on a family member with a prior conviction and sentenced him to seven years' incarceration. This appeal followed.

Miles's court-appointed appellate counsel has filed a motion to withdraw and a brief in support of that motion. Counsel avers that in his professional opinion, the appeal is frivolous. Counsel's brief and motion meet the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. *See* 386 U.S. 738, 87 S. Ct. 1396 (1967). This court informed Harris that he may file a pro se brief, but he did not do so. The State did not submit a brief as well.

Once an appellant's court-appointed attorney files a motion to withdraw on the ground that the appeal is frivolous and fulfills the requirements of *Anders*, this court is obligated to undertake an independent examination of the record. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.). Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82– 83, 109 S. Ct. 346, 351 (1988).

We have carefully reviewed the record and counsel's brief. We agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d

684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment.

/s/ Bill Meier
BILL MEIER
JUSTICE

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 9, 2015